# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TOMMY DEWAYNE LAY,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:11-cv-1545-Orl-31KRS**

**COCOA POLICE DEPARTMENT,**
**MAGISTRATE VIOLET BROWN,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (Doc. No. 2), filed September 21, 2011.

On September 23, 2011, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the case be dismissed and the motion to proceed *in forma pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **DISMISSED** without prejudice. Plaintiff may file an amended complaint by October 26, 2011, which complies with the dictates of the Report and Recommendation. Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

3. The Motion to Proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff may file a renewed motion with the Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 12th day of October, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party